STATE of Missouri, Plaintiff/Respondent,

v.

Darry TAYLOR, Defendant/Appellant.

Darry TAYLOR, Movant,

v.

STATE of Missouri, Respondent.

Nos. 66515, 70634.

Missouri Court of Appeals,
Eastern District,
Division Two.

July 8, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 22, 1997.

Susan K. Eckles, Asst. Public Defender, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

Before CRANE, P.J., and GERALD M. SMITH and PUDLOWSKI, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from conviction of Second Degree Murder and Armed Criminal Action. Defendant was sentenced to two concurrent terms of 30 years and 20 years respectively. This appeal is consolidated with an appeal from the denial of his Rule 29.15 motion for post-conviction relief. The judgment of conviction is affirmed in accordance with Rule 30.25(b). The denial of

post-conviction relief is affirmed in accordance with Rule 84.16(b).